IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL E. ZELL,

    Plaintiff,                                 No. CIV S-06-0221 DFL GGH PS

    vs.

JO ANNE B. BARNHART,                   ORDER
Commissioner of
Social Security,

    Defendant.
_____/

        On October 21, 2005, plaintiff filed a letter in case number Civ.S.00-0125 DFL GGH PS, which this court construed as a complaint. The court also determined that the 2000 case involved a final, appealable judgment which this court had no jurisdiction to reopen. Therefore, the instant case was opened. Due to the unusual manner in which this case was opened, certain procedures must take place before the case may proceed.

        Plaintiff has not paid the fee ordinarily required to file an action in this court, or filed an application to proceed without prepayment of fees. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

        Accordingly, IT IS ORDERED that:

        1. Plaintiff shall submit, within twenty days from the date of this order, either a

1

1  completed application and affidavit in support of his request to proceed in forma pauperis on the
2  form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply
3  with this order will result in a recommendation that this action be dismissed.
4         2.  The Clerk of the Court is directed to send plaintiff a new Application to
5  Proceed In Forma Pauperis.
6  DATED: 6/20/06                    /s/ Gregory G. Hollows
7                                    _____
                                     GREGORY G. HOLLOWS
                                     U.S. MAGISTRATE JUDGE
8  GGH/076 - Zell0125.ifp.wpd