IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL E. ZELL,

       Plaintiff,                          No. CIV S-06-0221 DFL GGH PS

    vs.

JO ANNE B. BARNHART,             FINDINGS & RECOMMENDATIONS
Commissioner of Social Security,

       Defendant.

_____/

       Plaintiff, proceeding pro se in this action, has filed an application to proceed in forma pauperis. This court, after examining plaintiff's affidavit, hereby recommends plaintiff's application to proceed with this action in forma pauperis pursuant to 28 U.S.C. § 1915(a) be DENIED.

       Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). The court, however, may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a)(1). Plaintiff's application does not demonstrate that because of his poverty, plaintiff cannot meet court costs and still provide himself and his dependents with the necessities of life. Plaintiffs' income and assets demonstrate that he is able to pay the filing fee and costs.

1

1  Thus, plaintiff has made an inadequate showing of indigence.  See Alexander v. Carson Adult
2  High Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v. Rowland, 939 F.2d 854, 858
3  (9th Cir. 1991) rev'd on other grounds, Rowland v. California Men's Colony, 506 U.S. 194, 113
4  S. Ct. 716 (1993); United States v. McQuade, 647 F.2d 938, 1940 (9th Cir. 1981) (per curiam);
5  Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D. Cal. 1994), aff'd in part, vacated in part, sub.
6  nom. Olivares v. Marshall, 59 F.3d 109 (9th Cir. 1995).
7         IT IS RECOMMENDED that plaintiff's application to proceed in forma pauperis
8  be DENIED, and that plaintiff pay the filing fee within ten days of the adoption of this order.
9         These findings and recommendations are submitted to the United States District
10 Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within ten
11 (10) days after being served with these findings and recommendations, any party may file written
12 objections with the court and serve a copy on all parties.  Such a document should be captioned
13 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
14 shall be served and filed within ten (10) days after service of the objections.  The parties are
15 advised that failure to file objections within the specified time may waive the right to appeal the
16 District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
17 DATED: 9/1/06

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:076
Zell0221.ifp.wpd