IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL E. ZELL,

    Plaintiff,                              CIV S-06-0221 RRB  GGH

    vs.

MICHAEL J. ASTRUE,                        <u>ORDER</u>
Commissioner of Social Security,

    Defendant.

_____/

        On September 1, 2006, the undersigned recommended that plaintiff's application to proceed in forma pauperis be denied, and that plaintiff be directed to pay the filing fee, within ten days of the adoption of the findings and recommendations by the district judge.  On September 11, 2006, plaintiff paid the filing fee.

        Therefore, the findings and recommendations filed September 1, 2006, are vacated, and the Clerk of Court is directed to issue a social security scheduling order in this case.

DATED: 8/22/07                                  /s/ Gregory G. Hollows

                                                UNITED STATES MAGISTRATE JUDGE

GGH:035
zell.ord