IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL E. ZELL,

       Plaintiff,                      No. CIV S-06-0221 RRB GGH

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

       Defendants.             <u>ORDER TO SHOW CAUSE</u>

_____/

        Pursuant to this court's Scheduling Order (and allowing three days for service by mail, Fed. R. Civ. P. 6(e)), plaintiff was required to file a motion for summary judgment and/or remand by December 10, 2007 (45 days after service of the answer and administrative transcript). Plaintiff has done neither.

        ACCORDINGLY, plaintiff is ordered to show cause in writing within twenty days of the filed date of this order why this case should not be dismissed for lack of prosecution. Failure to <u>timely</u> file the required writing will result in a recommendation that the case be dismissed.

DATED: 01/25/08                                   /s/ Gregory G. Hollows

                                                          UNITED STATES MAGISTRATE JUDGE

GGH:035 - zell.osc

1