IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL E. ZELL,

        Plaintiff,                    No. CIV S-06-0221 RRB GGH

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.               <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file a response to the order to show cause, filed January 25, 2008. Although the request was signed by plaintiff's wife who is not plaintiff's attorney of record or a party to this action, and may not bring a request on his behalf, the court in any event will grant the request.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 15, 2008 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to show cause why this case should not be dismissed for lack of prosecution, or to file a summary judgment motion. No further extensions will be granted.

\\\\\

3. The Clerk of the Court is directed to serve the order on plaintiff's new address of record, as reflected in the February 15th filing.

DATED: 02/29/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076
Zell0221.36.wpd