IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL E. ZELL,

        Plaintiff,                                No. CIV-S-06-0221 JAM GGH

    vs.

MICHAEL J. ASTRUE,                         ORDER
Commissioner of Social Security,

        Defendant.
_____/

        On August 1, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed August 1, 2008, are ADOPTED;

2. Plaintiff's motion for summary judgment is denied, the Commissioner's cross-motion for summary judgment is granted, and the Clerk of Court is directed to enter judgment for the Commissioner.

DATED:  9/24/2008

                                  /s/ John A. Mendez
                                  UNITED STATES DISTRICT JUDGE

zell.jo